IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>HOBERT RUPE and<br>BRENT ZYWIEC,<br><br>                    Defendants. | 4:25CR3083<br><br>MOTION TO RESTRICT |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests this Court to issue an Order pursuant to the E-Government Act restricting the access to the Government's Motions for Detention, Index of Evidentiary Materials, and exhibits as these documents contain information protected from public viewing in accordance with the law.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:   s/ *Julie Ann M. Mruz*
       JULIE ANN M. MRUZ, #25564
       Assistant U.S. Attorney
       100 Centennial Mall North
       487 Federal Building
       Lincoln, NE  68508-3865
       Tel:  (402) 437-5241
       Fax:  (402) 437-5390
       E-mail:  julie.ann.mruz@usdoj.gov