IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>HOBERT RUPE and<br>BRENT ZYWIEC<br><br>           Defendants. | 4:25CR3083<br><br>GOVERNMENT'S MOTION FOR<br>SPEEDY TRIAL EXEMPTION |

COMES NOW the plaintiff, United States of America, and moves the Court for an Order deeming this case unusual and complex pursuant to 18 U.S.C. § 3161(h)(7)(ii) and thus exempt from the Speedy Trial Act. In support of said Motion, the United States shows the Court as follows:

    1. Throughout the investigation of this matter, search warrants have been received for numerous electronic devices resulting in a large quantity of electronic data to be reviewed. As recently as September 22, 2025, additional search warrants were executed, which resulted in the seizure of additional phone data. Accordingly, additional time is needed for its parsing, review, and production as evidence.

    2. On September 15, 2025, a 7 count Indictment was returned. (Filing No. 1). All of the counts charged include the possibility of up to twenty years imprisonment. Additionally, there is a conspiracy alleged.

    3. On September 22, 2025, the United States Attorney's Office for the District of Nebraska was affected by a sewage pipe bursting and leaking into the electronic server room. The Office was disconnected from the servers for a period of time, making it impossible for staff to access the discovery files and work on discovery production.

4. Based on the magnitude of and continuing nature of this investigation, as well as the voluminous data to be duplicated, documented and reviewed, additional time will be necessary for the Government to provide the discovery to the Defendant and comply with its obligations under Rule 16 of the Federal Rules of Criminal Procedure. Additional time will also likely be needed for the defense to review the voluminous evidence, such additional time should be allowed based upon the seriousness of the allegations and possible penalties facing the Defendant.

5. Accordingly, the Government is requesting that this case be deemed "unusual and complex" under 18 U.S.C. § 3161(h)(7)(ii). Additionally, the Government is requesting that this Court set this matter for a status conference in 60 days instead of setting a pretrial motions deadline or trial date at this time.

6. The undersigned has reached out to all defense counsel of record but has not heard back regarding their position on this motion at this time.

WHEREFORE, the United States respectfully request this Court enter an Order deeming this case unusual and complex and exempt from the time restrictions of the Speedy Trial Act for the time being.

Respectfully submitted,

Lesley A. Woods
United States Attorney
District of Nebraska

By:   s/ *Julie Mruz*
Julie Ann M. Mruz, #25564
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE  68508
Tel:  (402) 437-5241
E-mail:  julie.ann.mruz@usdoj.gov