IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>HOBERT RUPE, BRENT ZYWIEC, DAN THOMAS, and SHANE ZYWIEC,<br><br>          Defendant. | **4:25CR3083**<br><br><br>**ORDER** |

A telephone status conference was held today. During the telephone conference, the court elicited status updates from the parties. Defendant Rupe has moved to continue the conference call, (Filing No. 114) due to a scheduling conflict. During the telephone conference, defense counsel for all defendants notified the court that Defendants need additional time to consider and decide whether to enter a guilty plea or go to trial.  The government did not object. Based upon the updates of counsel for defendants Brent Zywiec, Dan Thomas, and Shane Zywiec, the court found good cause to grant Defendants motion to continue the status conference and to exclude the time pursuant to the Speedy Trial Act until that status conference.

IT IS ORDERED:

1)     Defendant Rupe's motion to continue, (Filing No. 114), is granted.

2)     A telephonic conference with counsel will be held before the undersigned magistrate judge at 9:00 a.m. on August 20, 2026 to discuss setting any change of plea hearing or the date of the jury trial. Counsel for the parties shall use the conferencing instructions provided by the court to participate in the call.

3)     In accordance with 18 U.S.C. § 3161(h)(6), and (h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between today's date and on August 20, 2026, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), and (h)(7)(A) & (B)(iv). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 20th day of July, 2026.

BY THE COURT:

s/ Jacqueline M. DeLuca
United States Magistrate Judge