IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HOBERT RUPE, BRENT ZYWIEC, DAN THOMAS and SHANE ZYWIEC,<br><br>Defendants. | 4:25CR3083<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

The United States hereby notifies the Court of the substitution of Matthew R. Molsen, Assistant United States Attorney, as co-counsel for the United States in the above-captioned case, replacing Jody Mullis.

Please direct all future pleadings and correspondence to the undersigned.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
UNITED STATES ATTORNEY
DISTRICT OF NEBRASKA

By: s/ *Matthew R. Molsen*

MATTHEW R. MOLSEN, #22693
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508
Tel: (402) 437-5241
Fax: (402) 437-5390
E-mail: matthew.molsen@usdoj.gov